IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT ANTHONY EBERHART,      )
                              )
            Petitioner,       )
                              )
      v.                      )      1:13CV851
                              )      1:04CR392-1
UNITED STATES OF AMERICA,      )
                              )
            Respondent.       )

ORDER

On September 21, 2015, the United States Magistrate Judge's Recommendation was filed

and notice was served on Petitioner pursuant to 28 U.S.C. § 636.  Petitioner filed objections

[Doc. #76] to the Recommendation within the time limit prescribed by Section 636.  The Court

has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the

United States Magistrate Judge's Recommendation [Doc. #74], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss [Doc. #67] is

GRANTED, Petitioner's Motion to vacate, set aside or correct sentence, as amended, [Doc.

#55] is DISMISSED, and this action is DISMISSED, and that, finding no substantial issue for

appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable

procedural ruling, a certificate of appealability is DENIED.

This, the 2nd day of November, 2015.

_____
United States District Judge